David R. Socher, Esq. (SBN 158023)
DAVID R. SOCHER ATTORNEY AT LAW, PC
3443 Golden Gate Way, Suite F
Lafayette, California  94549
Telephone: (925) 962-9191
Facsimile: (925) 962-9199
david@drsocher.com

Attorney for Defendants A1 SOLAR POWER, INC.,
NATIONAL RENEWABLE ENERGY CENTER

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM PANACCI, an individual, on behalf of himself and all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> A1 SOLAR POWER, INC.; NATIONAL RENEWABLE ENERGY CENTER,, <br><br> Defendant. | Case No.:   3:15-cv-0532 <br> Magistrate:   Joseph C. Spero <br> Dept.:   Ctrm. G <br><br> Date Filed:   February 4, 2015 <br> Trial date:   None set |

Plaintiff TOM PANACCI ("Plaintiff") and Defendants A1 Solar Power, Inc. ("A1") and

National Renewable Energy Center ("NREC") by and through their respective counsel, stipulate and

agree as follows:

WHEREAS, Plaintiff filed the above-captioned putative class action lawsuit against A1 and

NREC on or about February 4, 2015;

WHEREAS, A1 was served with the Summons and Complaint on February 5, 2015 with a

responsive pleading due on or before February 27, 2015;

WHEREAS, NREC was served with the Summons and Complaint on February 17, 2015 with

a responsive pleading due on or before March 10, 2015;

WHEREAS, the parties agree to an extension of thirty (30) days from the February 27, 2015

due date in which to respond to the complaint on behalf of both defendants;

DAVID R. SOCHER ATTORNEY AT LAW, PC
3443 GOLDEN GATE WAY, SUITE F
LAFAYETTE, CALIFORNIA 94549

1      WHEREAS, under Local Rule 6-1(a), the parties to an action may stipulate to extend the

2  time within which to answer or otherwise respond to the initial complaint in an action provided the

3  change will not alter the date of any event or any deadline already fixed by Court order, and

4      NOW THEREFORE, the parties hereby stipulate and agree to extend both of A1's and

5  NREC's deadlines to respond to the complaint by thirty (30) days from February 27, 2015, and

6  therefore, each of A1's and NREC's new deadline to respond to the complaint is March 30, 2015.

7

8      IT IS SO STIPULATED.

9  Dated: February 20, 2015        DAVID R. SOCHER ATTORNEY AT LAW,
PC

10

11

12                      By: _____ /s/ David R. Socher

13                        David R. Socher
                          david@drsocher.com

14                      Attorney for Defendant A1 SOLAR POWER,
INC., NATIONAL RENEWABLE ENERGY

15                      CENTER

16

17  Dated: February 20, 2015        CHARLES D. MARSHALL, MARSHALL
LAW FIRM

18

19

20                      By: _____ /s/ Charles D. Marshall

21                        Charles D. Marshall
                          cdm@marshall-law-firm.com
                      Attorney for Plaintiff TOM PANACCI

22

23

24

25

26

27

28

David R. Socher Attorney at Law, PC
3443 Golden Gate Way, Suite F
Lafayette, California 94549