1  David R. Socher, Esq. (SBN 158023)
   DAVID R. SOCHER ATTORNEY AT LAW, PC
2  3443 Golden Gate Way, Suite F
   Lafayette, California  94549
3  Telephone: (925) 962-9191
   Facsimile: (925) 962-9199
4  david@drsocher.com

5

6  Attorney for Defendants A1 SOLAR POWER, INC.,
   NATIONAL RENEWABLE ENERGY CENTER

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 | TOM PANACCI, an individual, on behalf of | Case No.:   3:15-cv-0532 |
   | himself and all others similarly situated,, | Magistrate:   Joseph C. Spero |
11 | | Dept.:   Ctrm. G |
   | Plaintiff, | |
12 | | |
   | v. | Date Filed:   February 4, 2015 |
13 | | Trial date:   None set |
   | A1 SOLAR POWER, INC.; NATIONAL | |
14 | RENEWABLE ENERGY CENTER,, | |
15 | Defendant. | |
16

17     Plaintiff TOM PANACCI ("Plaintiff") and Defendants A1 Solar Power, Inc. ("A1") and

18 National Renewable Energy Center ("NREC") by and through their respective counsel, stipulate and

19 agree as follows:

20     WHEREAS, Plaintiff filed the above-captioned putative class action lawsuit against A1 and

21 NREC on or about February 4, 2015;

22     WHEREAS, A1 was served with the Summons and Complaint on February 5, 2015 with a

23 responsive pleading due on or before February 27, 2015;

24     WHEREAS, NREC was served with the Summons and Complaint on February 17, 2015 with

25 a responsive pleading due on or before March 10, 2015;

26     WHEREAS, the parties agree to an extension of thirty (30) days from the February 27, 2015

27 due date in which to respond to the complaint on behalf of both defendants;

28

DAVID R. SOCHER ATTORNEY AT LAW, PC
3443 GOLDEN GATE WAY, SUITE F
LAFAYETTE, CALIFORNIA 94549

1    WHEREAS, under Local Rule 6-1(a),  the parties to an action may stipulate to extend the

2  time within which to answer or otherwise respond to the initial complaint in an action provided the

3  change will not alter the date of any event or any deadline already fixed by Court order, and

4    NOW THEREFORE, the parties hereby stipulate and agree to extend both of A1's and

5  NREC's deadlines to respond to the complaint by thirty (30) days from February 27, 2015, and

6  therefore, each of A1's and NREC's new deadline to respond to the complaint is March 30, 2015.

7

8    IT IS SO STIPULATED.

9  Dated: February 20, 2015                    DAVID R. SOCHER ATTORNEY AT LAW,
                                                PC
10

11

12                                             By:  _____/s/ David R. Socher_____
                                                    David R. Socher
13                                                    david@drsocher.com
                                               Attorney for Defendant A1 SOLAR POWER,
14                                             INC., NATIONAL RENEWABLE ENERGY
                                               CENTER
15

16
   Dated: February 20, 2015                    CHARLES D. MARSHALL, MARSHALL
17                                             LAW FIRM

18

19                                             By:  _____/s/ Charles D. Marshall_____
20                                                   Charles D. Marshall
                                                     cdm@marshall-law-firm.com
21                                             Attorney for Plaintiff TOM PANACCI

22

23  DAted: 2/24/15

24

25

26

27

28



DAVID R. SOCHER ATTORNEY AT LAW, PC
3443 GOLDEN GATE WAY, SUITE F
LAFAYETTE, CALIFORNIA 94549

Case No. 3:15-cv-0532