# COHON & POLLAK, LLP
ATTORNEYS AT LAW

JEFFREY M. COHON
HOWARD A. POLLAK

KRISTINA S. KELLER
HENRY NICHOLLS

10250 CONSTELLATION BOULEVARD
SUITE 2320
LOS ANGELES, CALIFORNIA 90067
(310) 231-4470 FAX: (310) 231-4610

3075 EAST THOUSAND OAKS BOULEVARD
SUITE 100
WESTLAKE VILLAGE, CALIFORNIA 91362
(805) 494-4470 FAX: (805) 494-4610

REPLY TO: LOS ANGELES

June 11, 2015

Honorable Joseph P. Spero
Chief Magistrate Judge
United States District Court for the Northern District of California
San Francisco Courthouse -- Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re: *Tom Panacci, Individually And On Behalf Of All Others Similarly Situated v. A1 Solar Power Inc. and National Renewable Energy Center*
United States District Court Case No. 3:15-cv-0532

To the Honorable Joseph P. Spero:

Pursuant to Civil L.R. 16-10(a), I respectfully request permission to appear telephonically at the hearing tomorrow, June 12, 2015 at 9:30 am on the Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) and the Case Management Conference. I apologize to the Court for the failure to provide one week's notice of this request; however, our law firm is being engaged today as co-counsel to represent the Defendants. My telephone contact information for the telephonic conference is (310) 474-9504.

Thank you for your kind consideration of this request.

Sincerely,

Dated: 6/11/15

/s/ Jeffrey M. Cohon

JEFFREY M. COHON FOR
COHON & POLLAK, LLP

JMC/ac



IT IS SO ORDERED
Judge Joseph C. Spero