

2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596

August 20, 2015

**VIA U.S. MAIL and CM/ECF**

Honorable Joseph P. Spero
Chief Magistrate Judge
United States District Court for the Northern District of California
San Francisco Courthouse—Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

     Re:    *Tom Panacci, et al. v. A1 Solar Power, Inc. and National Renewable Energy Center*
            Case No. 3:15-cv-0532

To the Honorable Joseph C. Spero:

    Pursuant to L.R. 16-10(a) and the Civil Standing Orders for Magistrate Judge Joseph C. Spero, Plaintiff respectfully requests permission to appear telephonically for the September 4, 2015, further case management conference in the above captioned matter. This request is based on the fact that Plaintiff's counsel will not be in California on September 4, 2015. <u>My contact information for the telephonic conference is (925) 262-7200.</u>

    Thank you for your kind consideration of this request.

Sincerely,

IT IS HEREBY ORDERED THAT Mr. Marshall shall be on phone standby beginning at 2:00 PM and await the Court's call.
Dated: 8/20/15

/s/ Charles D. Marshall             .

CHARLES D. MARSHALL
MARSHALL LAW FIRM

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

P: (925) 575-7105 | F: (855) 575-7105
cdm@marshall-law-firm.com  |  www.marshall-law-firm.com