# COHON & POLLAK, LLP
ATTORNEYS AT LAW

JEFFREY M. COHON
HOWARD A. POLLAK

KRISTINA S. KELLER
HENRY NICHOLLS

10250 CONSTELLATION BOULEVARD
SUITE 2320
LOS ANGELES, CALIFORNIA 90067
(310) 231-4470 • FAX (310) 231-4610

3075 EAST THOUSAND OAKS BOULEVARD
SUITE 100
WESTLAKE VILLAGE, CALIFORNIA 91362
(805) 494-4470 • FAX (805) 494-4610

REPLY TO: LOS ANGELES

September 21, 2015

**VIA U.S. MAIL and CM/ECF**

Honorable Joseph P. Spero
Chief Magistrate Judge
United States District Court for the Northern District of California
San Francisco Courthouse—Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *Tom Panacci, et al. v. Al Solar Power, inc. and National Renewable Energy Center* Case No. 3:15-cv-0532

To the Honorable Joseph C. Spero:

     Pursuant to L.R. 16-10(a) and the Civil Standing Orders for Magistrate Judge Joseph C. Spero, Defendants respectfully requests permission for counsel Henry Nicholls to appear telephonically for the October 2, 2015, further case management conference in the above captioned matter. Co-counsel David Socher will appear in person.

     This request is based on the fact that Defendants' counsel Henry Nicholls will not be in California on October 2, 2015. <u>My contact information for the telephonic conference is (310) 359-2031.</u>

     Thank you for your kind consideration of this request.

Sincerely,

/s/ Henry Nicholls

HENRY NICHOLLS for
COHON & POLLAK, LLP

IT IS SO ORDERED.
Dated: 9/22/15
/s/ Joseph C. Spero
Chief Magistrate Judge