1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

TERRACE ELLIS,

        Plaintiff,

    v.

NATIONAL RENEWABLE ENERGY CENTER

        Defendant.

Case No. 5:15-cv-02702   NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Joseph C. Spero to determine whether it is related to 3:15-cv-00532 JCS,  Tom Panacci v. Al Solar Power, Inc., et al.

    IT IS SO ORDERED.

    Date:   October 9, 2015

Nathanael M. Cousins
United States Magistrate Judge

Case No. 15-cv-02702 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES