Charles D. Marshall (State Bar No. 236444)
**MARSHALL LAW FIRM**
2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596
Telephone: (925) 575-7105
Facsimile: (855) 575-7105
cdm@marshall-law-firm.com

Attorney for Plaintiff
TOM PANACCI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM PANACCI, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>A1 SOLAR POWER, INC., a California corporation,, and the NATIONAL RENEWABLE ENERGY CENTER,<br><br>Defendants. | Case No. 3:15-cv-0532<br><br>**CLASS ACTION**<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Joseph C. Spero |

IT IS HEREBY STIPULATED by and between Plaintiff TOM PANACCI, Defendant A1 SOLAR POWER, INC. and Defendant NATIONAL RENEWABLE ENERGY CENTER, to this action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  Each party shall bear its own costs and expenses, except as otherwise agreed. This dismissal shall serve as an adjudication on the merits of all claims and issues raised in this action, as well as all claims which could have been raised in this action.

DATED:  December 28, 2015

**MARSHALL LAW FIRM**

By:     */s/ Charles D. Marshall*     .
      Charles D. Marshall

Attorney for Plaintiff TOM PANACCI

**DAVID R. SOCHER, ATTORNEY AT LAW, PC**

By:     */s/ David R. Socher*     .
      David R. Socher

Attorney for Defendants, A1 Solar Power, Inc. and National Renewable Energy Center

Dated: 12/29/15     IT IS SO ORDERED.
/s/ Joseph C. Spero
Chief Magistrate Judge

## ATTESTATION OF FILING

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Charles D. Marshall, hereby attest that concurrence in the filing of this Joint Case Management Statement Pursuant to Rule 26(f) and Local Civil Rule 16-9 has been obtained from David R. Socher with a conformed signature above.

Dated: December 28, 2015         By: /s/ Charles D. Marshall
                                         Charles D. Marshall

                                 MARSHALL LAW FIRM
                                 2121 N. California Blvd., Suite 290
                                 Walnut Creek, CA 94596
                                 Telephone: (925) 575-7105
                                 Facsimile: (855) 575-7105